# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Erika Randolph

                Plaintiff,

v.

Dillard's, Inc.

                Defendant.

Case No.: 1:24–cv–10084

Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephonic status hearing held. Counsel represented that the parties met and conferred, reached a resolution, and Plaintiff consents to proceed with arbitration. For the reasons discussed on the record, joint oral request to proceed with arbitration and to dismiss this civil action without prejudice pursuant to FRCP 41(a) is granted. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.